IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WINFIELD,

    Plaintiff,           No. 2:12-cv-2387 WBS GGH P

  vs.

RAPPOPORT, et al.,

    Defendant.       ORDER
_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On October 1, 2012, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1                  1.  The findings and recommendations filed October 1, 2012, are adopted in full;
2  and
3                  2. Plaintiff's motion to proceed in forma pauperis (Doc. 2) is denied and plaintiff
4  shall pay the filing fee in full within 28 days.  Failure to pay the filing fee will result in this action
5  being dismissed.
6  DATED:   October 30, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

12  wini2387.800/

2