IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WINFIELD,

    Plaintiff,                                      No. 2:12-cv-2387 WBS AC P

    vs.

ELENA RAPPOPORT, et al.,

    Defendants.                                   ORDER

/

        On January 14, 2013 and January 31, 2013, plaintiff filed documents entitled "Objections to the findings and recommendations" requesting to proceed in forma pauperis in this matter. This civil rights action was closed on January 9, 2013. Plaintiff's filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, these documents will be placed in the file and disregarded.

        IT IS SO ORDERED.

DATED: February 14, 2013.

                                            ALLISON CLAIRE
                                            UNITED STATES MAGISTRATE JUDGE

AC:rb
winf2387.58